JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PROPERTIES GROUP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STRATEGIC ADVISORY INCORPORATED, a Virginia corporation, LARRY E. FINGER, an individual, and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO. CV 12-05331 MMM (CFEx)<br><br>JUDGMENT FOR DEFENDANTS |

On July 16, 2012, defendants Strategic Advisory Inc. and Larry E. Finger moved to dismiss plaintiff's complaint. The court entered an order granting the motion on October 19, 2012. Therefore,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice to the assertion of plaintiff's claim in litigation pending in the Eastern District of Virginia.

DATED: October 19, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE